```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 26731
   JAVIER FLORES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1299

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/06/2008 and was not confirmed.

    The case was dismissed without confirmation 12/01/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
OCWEN                    CURRENT MORTG        .00           .00            .00
LASALLE BANK NATIONAL AS CURRENT MORTG        .00           .00            .00
LASALLE BANK NATIONAL AS SECURED NOT I   157298.02          .00            .00
LASALLE BANK/OCWEN       MORTGAGE NOTI NOT FILED            .00            .00
NATIONAL CAPITAL MANAGEM SECURED NOT I    234.01            .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                           .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------        --------------
TOTALS                        .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 03/05/09        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```